**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| PHYLLIS KENNEDY, | : | |
| | : | |
| Plaintiff(s), | : | Case No. 3:12cv189 |
| - vs - | : | |
| | : | Judge Walter Herbert Rice |
| MICHAEL ASTRUE, COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |
| Defendant(s). | : | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

December 21, 2012

       s/ Walter H. Rice
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case stayed at the request of parties."